# UNITED STATES DISTRICT COURT
**for the**
# EASTERN DISTRICT OF OKLAHOMA
TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| (09/14/2007) | Notice of Appeal | **Style of case: John David Duty v. Marty Sirmons, Warden** |
| ( ) | Amended NOA | |
| ( ) | Cross Appeal | **District Court Case No: CV-05-23-FHS** |
| ( ) | Interlocutory Appeal | |
| (10/03/2007) | Update Item | **Tenth Circuit Case No: 07-7073** |

**Part 1**

**Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court order and CJA 20 (if applicable) are enclosed 10 10CCA.**

1. District Judge: Frank H. Seay

2. Official Court Reporter(s): Karla McWhorter, Heather Scott

3. Fees:

| | |
|---|---|
| USA: | ( ) Fees waived |
| $455.00 filing fee: | ( ) Paid ( ) Due |
| Pauper Status: | (2/3/2005) IFP GRANTED |
| | ( ) IFP DENIED |
| | ( ) IFP PENDING |

4. State habeas cases: **CPC STATUS ( ) DENIED**
**ORIGINAL FILE SENT:**

5. Transcript:

| | |
|---|---|
| ( ) ordered | ( ) not ordered/ |
| ( ) not required | ( ) no in-court hearing |
| ( ) CJA pending | ( ) CJA furnished |
| ( ) pur. order furn. | ( ) docket stmt. furn. |

**PART 2** **TRANSMITTAL OF RECORD TO COURT OF APPEALS**

| **ORIGINAL RECORD** | | **SUPPLEMENT TO RECORD-SUPPLEMENT #** |
|---|---|---|
| Pleadings: Vols. | 1 | Pleadings: Vols. |
| Transcript: Vols. | 3 | Transcript: Vols. |
| Exhibits: Vols. | | Exhibits: Vols. |
| Depositions: Vols. | | Depositions: Vols. |
| State Crt. Record: Vols. | 3 | State Crt. Record: Vols. |
| Sealed: Vols. | 1 | Sealed: Vols. |
| No. of Boxes: | | No. of Boxes: |

/s/ Jeanne Brown
Signature Clerk or Deputy Clerk Phone(918)684-7920 Date: October 3, 2007

cm/ecf: Randy Bauman, Preston Draper and Timothy Payne

APPCVRLT.1